JAMES E. McLINDEN, Appellant, v. WILDA E. McLINDEN, Respondent.— Present — Wenzel, Acting P. J., MacCrate, Beldock, Murphy and Ughetta, JJ. [See *ante,* p. 1033.]

■

JULIUS F. MILLER, Appellant, v. CITY OF NEW YORK et al., Respondents.— Present — Wenzel, Acting P. J., MacCrate, Beldock, Murphy and Ughetta, JJ. Motion for reargument denied, with $10 costs. Motion for leave to appeal to the Court of Appeals denied. Present — Nolan, P. J., Wenzel, Schmidt, Beldock and Murphy, JJ. [See *ante,* p. 1033.]

■

NETTIE SEIDNER et al., Respondents, v. CITY OF NEW YORK, Respondent, and MARCAM CONTRACTING Co., INC., Appellant.— Present — Wenzel, Acting P. J., MacCrate, Beldock, Murphy and Ughetta, JJ. Motion for reargument denied, without costs. Motion for leave to appeal to the Court of Appeals denied. Present — Nolan, P. J., MacCrate, Beldock, Murphy and Ughetta, JJ. [See *ante,* p. 1016.]

■

FRANCES ADLER et al., Appellants, v. ANNE MURRAY et al., Defendants, and GEORGE JACOBSON, Respondent.— 

No opinion. Present — Nolan, P. J., Wenzel, Beldock, Murphy and Ughetta, JJ.

■

GEORGE ANIDES et al., Appellants, v. KAHAR REALTY CORP. et al., Respondents.— No opinion. Present — Wenzel, Acting P. J., MacCrate, Schmidt, Beldock and Murphy, JJ. [See 1 A D 2d 681.]